IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY E. TOMBS,

      Plaintiff,                        No. 2:13-cv-1026 KJN P

      vs.

MICHAOL MACLEACY,

      Defendant.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

////

1

1 failure to comply with this order will result in a recommendation that this action be dismissed
2 without prejudice.
3 DATED: June 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tomb1026.3cnew