UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY E. TOMBS, | No.  2:13-cv-1026 LKK KJN P |
| Plaintiff, | |
| v. | ORDER |
| MICHAOL MACLEACY, | |
| Defendant. | |

On February 9, 2015, plaintiff filed a request for court ordered investigation of defendant Mechaol Macleacy.  However, this civil rights action was closed on June 5, 2014.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  February 23, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tomb1026.58

1